UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALASTAIR DOMINIC MOTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:16-cv-00349-SEB-MPB |
| SCOTT STAUFFER Officer, *et al.*, | ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

The Court now enters FINAL JUDGMENT. The action is dismissed with prejudice.

Date:   3/8/2017              *[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

ALASTAIR DOMINIC MOTON
302 N. Hamilton
Indianapolis, IN 46201

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
andrew.upchurch@indy.gov